UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>J-3 CONTRACTING LLC,<br><br>                    Defendant,<br>    v.<br><br>KEYBANK, N.A.,<br><br>                    Garnishee-Defendant. | CASE NO. 2:23-mc-00013-LK<br><br>ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT WITHOUT PREJUDICE |

This matter comes before the Court on Plaintiffs' Application for Writ of Garnishment. Dkt. No. 1. The Court denies the application without prejudice because the proposed writ, Dkt. No. 2-1, seeks interest from January 17, 2022, *id.* at 2, but the Court already awarded interest "through January 17, 2022," Dkt. No. 1 at 3. Plaintiffs are not entitled to double interest for that day.

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT WITHOUT PREJUDICE - 1

More fundamentally, the Court is unable to determine whether Plaintiffs' request for interest is justified because neither the application nor the proposed writ sets forth the interest rate applied, and the rate is not apparent from the amount of interest sought. Also, the application does not include the basis for the proposed date upon which interest began to run. The interest sought does not appear to be comprised solely of post-judgment interest because judgment in the underlying case was entered on January 27, 2023 and Plaintiffs seek interest from "1/17/2022 to 2/28/2023." Dkt. No. 1 at 4; Dkt. No. 2-1 at 2. If some component of the interest now sought is prejudgment interest, there is no explanation of why it was not included in the judgment, and Plaintiffs do not cite authority allowing the Court to award it now.

Accordingly, the Court denies the application for a writ without prejudice.

Dated this 7th day of March, 2023.

*Lauren King*
Lauren King
United States District Judge