UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, et al., <br><br>  Plaintiffs,<br> v.<br><br>J-3 CONTRACTING LLC, et al.,<br><br>  Defendants,<br><br> v.<br><br>KEYBANK, N.A.,<br><br>  Garnishee Defendant. | CASE NO. 2:23-mc-00013-LK<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on Plaintiffs' second application for a writ of garnishment for property in which the Defendant/Judgment Debtor, J-3 Contracting LLC, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, KeyBank, N.A. Dkt. No. 4. Having reviewed the record in this matter, including Plaintiffs' helpful explanatory declaration, Dkt. No. 5, the Court ORDERS that the Clerk

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

of Court shall issue the Writ of Garnishment submitted by Plaintiffs' counsel on March 8, 2023, Dkt. No. 4-2.

Dated this 13th day of March, 2023.

*Lauren King*

Lauren King
United States District Judge